UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: 26-mj-59 (SRN/SGE) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEET AND CONFER STATEMENT** |
| v. | ) | |
| | ) | |
| MATRIM JAMES CHARLEBOIS, | ) | |
| | ) | |
| Defendant. | ) | |

On March 9 & 10, 2026, Assistant Federal Defender Lisa M. Lopez and Special Assistant United States Attorney John R. Arboleda conferred via telephone and email about the motions in this case. SAUSA Arboleda understands the motions being filed and will respond to them in a separate filing.

Dated:  March 10, 2026                Respectfully submitted,

*s/Lisa M. Lopez*
Lisa M. Lopez
Attorney ID No. 395791
Attorney for Ms. Charlebois
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415