UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-59 (SRN/SGE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v.                            Plaintiff, | ) | **STATEMENT OF FACTS IN SUPPORT** |
| | ) | **OF EXCLUSION OF TIME UNDER THE** |
| MATRIM JAMES CHARLEBOIS, | ) | **SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Matrim Charlebois, the defendant in this case, agree to the following statement of facts in support of the exclusion of time under the Speedy Trial Act. I need additional time to consult with my attorney and continue negotiations with the Government.

Based on the above facts, I request the Court to exclude 180 days under the Speedy Trial Act. Specifically, I request that starting on the date of the Court's Order, 180 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 5/13/2026

Matrim Charlebois
Defendant

Dated: 5/13/2026

s/Lisa M. Lopez

LISA M. LOPEZ
Attorney ID No: 395791
Attorney for Ms. Charlebois
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415